**Order entered April 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00398-CV

### IN RE: DOROTHEA E. H. LASTER, Relator

### On Appeal from the 256th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-11-12980-Z, DF-11-00657-Z

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **DENY** relator's motion for leave to file first amended petition for writ of mandamus as moot. We **ORDER** that relator bear the costs of this original proceeding.

/s/    MOLLY FRANCIS
        JUSTICE